UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 4:16CR301 |
| MORGAN LEE COOK, | ) | |
| Defendant. | ) | |

## ORDER

As previously directed in open court, the conditions of release for the above-referenced defendant are hereby modified to include the following:

Defendant is released from the electronic monitoring restriction.

All other conditions of release as previously set remain in full force and effect.

**SO ORDERED**, this 22nd day of September, 2016.

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**