IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR416-301
)
MORGAN LEE COOK, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant's Motion for Remote Witness Testimony. (Doc. 57.) In the motion, Defendant requests that the Court permit one of his witnesses to testify at trial remotely because the witness's age and medical condition would make it difficult for her to travel. (Id. at 2.) The Government has responded in opposition, stating that the Federal Rules of Criminal Procedure require all testimony in a criminal trial to occur in open court. (Doc. 58 at 1-2.)

Federal Rule of Criminal Procedure 26 requires that "[i]n every trial the testimony of witnesses must be taken in open court, unless otherwise provided by a statute or by rules adopted under 28 U.S.C. §§ 2072-2077." Defendant has not identified, and the Court has been unable to locate, any statute or rule applicable to Defendant's request in this case. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 27th day of March 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA