IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) Case No. CR416-301
)
MORGAN LEE COOK )

## JUDGMENT OF ACQUITTAL

The above-stated case having come on for jury trial on April 18, 2017 and defendant MORGAN LEE COOK having been found not guilty as to Count One of the indictment on April 18, 2017,

IT IS HEREBY ORDERED that defendant MORGAN LEE COOK is acquitted and discharged as to Count One of the indictment.

SO ORDERED, this 20th day of April 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA